UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DEXTER WASHINGTON,  :
              Plaintiff,  :
      :
v.  :  **ORDER**
      :
LOUIS FALCO, Sheriff; and  :  20 CV 3009 (VB)
DAVID LOWE, Sergeant;  :
              Defendants.  :
--------------------------------------------------------------x

      On July 20, 2020, defendants moved to dismiss the complaint, and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Docs. ##17–21). In their notice of motion, defendants state plaintiff's opposition is due August 14, 2020, and that defendants' reply, if any, is due August 20, 2020. (Doc. #17 at 1).

      Defendants are mistaken. Plaintiff's opposition to the motion is due August 6, 2020. See Fed. R. Civ. P. 6(d); Local Rule 6.1(b). Defendants' reply, if any, is due August 13, 2020.

      Accordingly, by August 6, 2020, plaintiff shall file an opposition to the motion or a request for an extension of time in which to do so.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 21, 2020
      White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge