UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DEXTER WASHINGTON, :
                Plaintiff, :
v. : **ORDER**
:
: 20 CV 3009 (VB)
DAVID LOWE, Sergeant, :
                Defendant. :
--------------------------------------------------------------x

    On August 2, 2021, defense counsel filed a letter stating defendant received a counteroffer from plaintiff, which he finds agreeable. (Doc. #35). Defense counsel further states they have not been able to reach plaintiff, who is proceeding pro se, to confirm acceptance of the offer and, therefore, request the Court schedule a telephone conference to finalize the settlement and terminate the matter.

    The request is GRANTED.

    A conference in this case is scheduled for **September 2, 2021, at 9:30 a.m.** Plaintiff and defense counsel shall attend this conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662
    **Access Code:**        1703567

    Defense counsel is instructed to continue their attempts to contact plaintiff to finalize the settlement without the need for a conference.

    By **August 27, 2021**, defense counsel shall file a letter regarding the status of settlement and whether they believe the conference is necessary.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 3, 2021
       White Plains, NY                  SO ORDERED:

                                                       _____
                                                       Vincent L. Briccetti
                                                      United States District Judge