UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DEXTER WASHINGTON,

           Plaintiff,

v.

DAVID LOWE, Sergeant,

           Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 3009 (VB)

     The Court has been advised that the parties have reached a settlement in principle of this case. (Doc. #37). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 29, 2021. To be clear, any application to restore the action must be filed by October 29, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

     All other deadlines, scheduled conferences, or other scheduled court appearances are canceled. Any pending motions are moot.

     The Clerk will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 30, 2021
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge